Erica J. Stutman, Esq.
Nevada Bar No. 10794
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: estutman@swlaw.com
   wklomp@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK INCAVIGLIA and KATHLEEN INCAVIGLIA,<br><br>Plaintiffs,<br><br>vs.<br><br>FMR INVESTMENTS D/B/A RAPID CASH; and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:18-cv-00669<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 7-1, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), together with Plaintiffs, Frank Incaviglia and Kathleen Incaviglia (the "Plaintiffs" and together with Wells Fargo, the "Parties"), by and through their attorneys of record, hereby stipulate to extend the deadline for Wells Fargo to respond to the Complaint (ECF No. 1) from May 7, 2018, to May 30, 2018.

Plaintiffs filed their Complaint on April 13, 2018, and served Wells Fargo's resident agent on or about April 16, 2018. Wells Fargo's response to the Complaint is due May 7, 2018. This is the Parties' first request to extend the time to respond to the Complaint. Good cause exists to extend the time to respond to the Complaint because the Parties have exchanged an opening demand and are considering settlement. Additionally, Wells Fargo is reviewing the allegations in

the Complaint and investigating the facts alleged in order to prepare its response. This stipulation is made in good faith for the benefit of the Parties, and not for any deleterious purpose or to delay these proceedings.

Dated: May 2, 2018

HAINES & KRIEGER, LLC

By: */s/ Rachel B. Saturn*
   David Krieger, Esq.
   Nevada Bar No. 9086
   Rachel B. Saturn, Esq.
   Nevada Bar No. 8653
   8985 S. Eastern Ave., Suite 350
   Henderson, Nevada 89123

*Attorneys for Plaintiffs Frank Incaviglia and Kathleen Incaviglia*

Dated: May 2, 2018

SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
   Erica J. Stutman, Esq.
   Nevada Bar No. 10794
   Wayne Klomp, Esq.
   Nevada Bar No. 10109
   50 West Liberty Street, Suite 510
   Reno, Nevada 89501

*Attorneys for Defendant Wells Fargo Bank, N.A.*

      IT IS SO ORDERED.

United States Magistrate Judge

DATED: May 3, 2018