Raleigh C. Thompson, NV Bar No. 11296
Ryan M. Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rct@morrislawgroup.com
Email: rml@morrislawgroup.com

Attorneys for Defendant
FMMR Investment d/b/a Rapid Cash

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK INCAVIGLIA; and KATHLEEN INCAVIGLIA,<br><br>Plaintiff,<br><br>v.<br><br>FMMR INVESTMENTS D/B/A RAPIC CASH; and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:18-cv-00669-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Defendant FMMR Investments d/b/a Rapid Cash ("Defendant") and Plaintiffs Frank Incaviglia and Kathleen Incaviglia ("Plaintiffs"), through their respective counsel, hereby stipulate to an extension of the deadline for Defendant to respond to Plaintiffs' Complaint (ECF No. 1, filed on April 13, 2018) as follows:

    a.    This is the parties' first stipulation for an enlargement of time to respond to the Complaint;

MORRIS LAW GROUP
411 E. BONNEVILLE AVE, SUITE 360, LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

b. The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to the Complaint shall be extended two weeks, from May 7, 2018 to on or before May 21, 2018; and

c. Defendant requested this extension to give its counsel sufficient time to meaningfully assess Plaintiffs' claims before responding to the Complaint. This stipulation is not made for purposes of delay.

Dated: May 3, 2018.                              Dated: May 3, 2018.

By: /s/ *Raleigh C. Thompson*                    By: /s/ *David H. Krieger*
    Raleigh C. Thompson (11296)           David H. Krieger (9086)
    Ryan M. Lower (9108)                  HAINES & KRIEGER, LLC
    MORRIS LAW GROUP                      8985 S. Eastern Avenue
    411 E. Bonneville Avenue              Suite 350
    Suite 360                             Henderson, NV 89123
    Las Vegas, NV 89101

Attorneys for Defendant                          Attorney for Plaintiff
FMMR Investments d/b/a                           Frank Incaviglia and
Rapid Cash                                       Kathleen Incaviglia

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 4, 2018

2