Erica J. Stutman, Esq.
Nevada Bar No. 10794
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: estutman@swlaw.com
       wklomp@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK INCAVIGLIA and KATHLEEN INCAVIGLIA,<br><br>               Plaintiffs,<br><br>vs.<br><br>FMR INVESTMENTS D/B/A RAPID CASH; and WELLS FARGO BANK, N.A.,<br><br>               Defendants. | Case No. 2:18-cv-00669-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1 and LR 7-1, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), together with Plaintiffs, Frank Incaviglia and Kathleen Incaviglia (the "Plaintiffs" and together with Wells Fargo, the "Parties"), by and through their attorneys of record, hereby stipulate to extend the deadline for Wells Fargo to respond to the Complaint (ECF No. 1) from May 30, 2018, to June 21, 2018.

Plaintiffs filed their Complaint on April 13, 2018, and served Wells Fargo's resident agent on or about April 16, 2018. Thereafter, the Parties engaged in settlement discussions and stipulated to extend the time for Wells Fargo to respond to the Complaint until May 30, 2018. The Court granted the stipulation on May 3, 2018 (ECF No. 8).

Settlement discussions are ongoing, and the Parties are hopeful that a resolution will be

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

reached without expending additional resources on litigation that could be used for settlement purposes. This is the Parties' second request to extend the time to respond to the Complaint. Good cause exists to extend the time to respond to the Complaint because the Parties have exchanged several settlement offers and counter offers, and are continuing to negotiate in good faith. Additionally, the Parties are continuing their investigation of the allegations in the Complaint in order to narrow the subject matter of the litigation. This stipulation is made in good faith for the benefit of the Parties, and not for any deleterious purpose or to delay these proceedings.

Dated: May 31, 2018

HAINES & KRIEGER, LLC

By: */s/ Rachel B. Saturn*
David Krieger, Esq. (NV Bar No. 9086)
Rachel B. Saturn, Esq. (NV Bar No. 8653)
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123
*Attorneys for Plaintiffs Frank Incaviglia and Kathleen Incaviglia*

Dated: May 25, 2018

SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
Erica J. Stutman, Esq. (NV Bar No. 10794)
Wayne Klomp, Esq. (NV Bar No. 10109)
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for Defendant Wells Fargo Bank, N.A.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 1, 2018